UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES THOMAS,

                 Plaintiff,                           19 **CIVIL** 6554 (CS)

        -against-                                    **JUDGMENT**

OFFICER E. JACOBS; SGT. MILLER;
SUPERINTENDENT WILLIAM KEYSER;
NURSE LESCANO; and SGT. MILISAUSKAS,

                 Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 17, 2022, Defendants' motion for summary judgment is GRANTED. Judgment is entered for Defendants, and the case is closed.

**Dated:**  New York, New York
            February 18, 2022

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                       **Clerk of Court**
                                        **BY:**
                                                       **Deputy Clerk**