*This application seems to have been mailed before Plaintiff received my decision of 2/17/22. The case is now over in the District Court. If Plaintiff wishes to appeal, he should follow the instructions he was sent. He may apply to the Court of Appeals for appointment of counsel after he files his notice of appeal.*

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

2/28/22

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW [YORK]

James Thomas
    Plaintiff

v.

Jacobs et al
    Defendant

MOTION FOR Appointment of Counsel

7:19-CV-06554-CS

RECEIVED SDNY PRO SE OFFICE 2022 FEB 28 PM 3:0[_]

Pursuant to 28 U.S.C. 1915(e)(1) Plaintiff moves for an order appointing Counsel to represent him in this case. In support of this motion Plaintiff states

1. Plaintiff is unable to afford Counsel. He has Requested leave to proceed in forma Pauperis.

2. Plaintiff imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex and will require significant research and investigation. Plaintiff has limited access to law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and Counsel would better enable Plaintiff

to Present Evidence and Cross Examine Winesses.

4. Plaintiff has made repeated efforts to obtain a Lawyer But Receive No help in this Case.

WHEREFORE, Plaintiff request that the Court Appoint any attorney as Counsel to help plaintiff with this Case.

Feb 15, 2022

*James Thomas*
JAMES THOMAS

Eastern Correctional Facility



