# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

JAMES THOMAS,

                Plaintiff,                19 **CIVIL** 6554 (CS)

      -against-                           **JUDGMENT**

OFFICER E. JACOBS; SGT. MILLER;
SUPERINTENDENT WILLIAM KEYSER; NURSE
LESCANO; SGT. MILISAUSKAS;
and JOHN DOES 1-5 (C.O.),

                Defendants.

-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 28, 2025, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       February 28, 2025

                                                    TAMMI M. HELLWIG

                                                     **Clerk of Court**

                    **BY:**

                                                     **Deputy Clerk**